# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION 15-600-KD-M |
| | ) |
| **THE UNITED STATES DEPARTMENT** | ) |
| **OF JUSTICE,** *et. a*l, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge (doc. 17) made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Accordingly, this action is DISMISSED with prejudice, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

DONE this 13th day of May 2016.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE